UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 22937
    HENRY V CRISCIONE
    DIANE E CRISCIONE                            CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

            Debtor
    SSN XXX-XX-9238      SSN XXX-XX-1530

-------------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 06/09/05 and confirmed on 11/18/05.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  12600.00 .

    4.  The Trustee made disbursements to creditors as follows:

-------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ILLINOIS DEPT REVENUE | UNSECURED | 18733.12 | .00 | 8691.92 |
| SAM AKMAKJIAN SMILE CENT | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS DEPT REVENUE | SECURED | 1423.80 | .00 | 1423.80 |
| ILLINOIS DEPT REVENUE | PRIORITY | 240.68 | .00 | 240.68 |

            Summary of disbursements:
-------------------------------------------------------------------------------

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 1423.80 | 240.68 | 18733.12 | .00 | 20397.60 |
| PRINCIPAL PAID | 1423.80 | 240.68 | 8691.92 | .00 | 10356.40 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 1423.80 | 240.68 | 8691.92 | .00 | 10356.40 |

The Debtor's attorney, KELLEHER & BUCKLEY              , was allowed $  2500.00
and was paid $   806.00  direct and $  1694.00  through the plan.

The Trustee received $    549.60 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

    Dated: 09/09/08                    /S/
                              GLENN STEARNS
                              CHAPTER 13 TRUSTEE

PAGE  2
CASE NO. 05 B 22937 HENRY V CRISCIONE & DIANE E CRISCIONE